JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>        Plaintiffs,<br><br>  vs.<br><br>GLENN L. NELSON, an individual doing business as "NELSON'S CONCRETE DRILLING & SAWING,"<br><br>        Defendant. | CASE NO.: CV10-5950 R (RZx)<br><br>ASSIGNED TO THE HONORABLE MANUEL L. REAL<br><br>**JUDGMENT** |

///

///

///

**[PROPOSED] JUDGMENT**

CV 10-05950 R (RZx); Proposed Judgment.doc

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendant Glenn L. Nelson, an individual doing business as "Nelson's Concrete Drilling & Sawing," and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Education and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, and Los Angeles Electrical Workers Credit Union shall recover from Glenn L. Nelson, an individual doing business as "Nelson's Concrete Drilling & Sawing," the principal amount of $54,691.46, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: March 11, 2011

_____
UNITED STATES DISTRICT JUDGE